IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CASTOR TYRONE WINFREY,<br>    Petitioner, | : | PRISONER HABEAS CORPUS<br>28 U.S.C. § 2254 |
| v. | : | |
| STATE OF GEORGIA,<br>    Respondent. | : | CIVIL ACTION NO.<br>1:18-CV-874-WSD-LTW |

## FINAL REPORT AND RECOMMENDATION

Petitioner is a state prisoner who, pro se, sent the Court a "LETTER ROGATORY FOR RELIEF." (Doc. 1 at 1.) Because it appeared from the letter that Petitioner challenges his judgment of conviction, the Court construed the letter as seeking relief under the federal habeas corpus laws. (Doc. 2.) The Court provided Petitioner a habeas petition form and an application to proceed *in forma pauperis*.

On March 8, 2018, the Court ordered Petitioner to complete those forms and return them within twenty-one days if he seeks habeas relief in this Court. (*Id.*) The Court warned Petitioner that failure to comply may result in dismissal of this case. (*Id.*)

The Court has not received anything in response to that Order, and the deadline for compliance has passed. Accordingly, the undersigned **RECOMMENDS** that this

AO 72A
(Rev.8/82)

action be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with a lawful order of the Court.  *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), NDGa.

**SO RECOMMENDED** this 19 day of April, 2018.

*Linda T. Walker*
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)